Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX: (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Jason Rockett

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROCKETT,<br>    Plaintiff,<br><br>   vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>    Defendant. | Case No.: 2:22-cv-07718-SP<br><br>ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **SIX THOUSAND FIVE HUNDRED AND SIXTY SEVEN DOLLARS** ($6,567.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: May 1, 2024

_____
HON. SHERI PYM
United States Magistrate Judge